**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 07-cv-01383-JLK-BNB

THE NOERR PROGRAMS CORP., INC.,

    Plaintiff,

v.

TREND CONCEPTS UNLIMITED d/b/a SEPIA PHOTO PROMOTIONS,

    Defendant.

---

**ORDER ON PLAINTIFF'S NOTICE
OF DISMISSAL**

---

This matter comes before the Court on Plaintiff's, The Noerr Programs Corp., Inc. ("Noerr"), Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(I) [doc. #2], filed October 23, 2007. The Court, having reviewed the file and the Notice, hereby Orders this matter DISMISSED WITH PREJUDICE.

Dated: October 23, 2007

                        BY THE COURT:

                        ***S/John L. Kane***
                        John L. Kane
                        United States District Court Judge